JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRENT STRAW,                          )   No. CV 18-4425 AB (FFMx)
                                      )
                 Plaintiff,           )   JUDGMENT
                                      )
        v.                            )
                                      )
FORD MOTOR COMPANY et al.,            )
                                      )
                 Defendants.          )
_____  )

        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

United States Magistrate Judge,

        IT IS ADJUDGED that this action is dismissed with prejudice and that defendant

Ford Motor Company recover its costs of suit.

DATED:  December 26, 2019

                                        _____
                                             ANDRÉ BIROTTE, JR.
                                        UNITED STATES DISTRICT JUDGE